McCune & Harber, LLP
515 South Figueroa St.
Los Angeles, CA 90071
(213) 689-2500
Fax (213) 689-2501

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| NANCY ASSI,<br><br>    Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION and DOES 1 to 100, INCLUSIVE,<br><br>    Defendants. | Case No: 8:19-CV-01429 JVS (ADSX)<br>Assigned to Judge James V. Selna (Courtroom 10c)<br>Judge Autumn D. Spaeth (Magistrate Judge)<br>(Complaint filed on June 20, 2019)<br><br>**ORDER RE: STIPULATED PROTECTIVE ORDER**<br><br>Trial Date: Not Assigned |

## **ORDER**

GOOD CAUSE HAVING BEEN SHOWN AND THE PARTIES HAVING STIPULATED TO THE SAME, the Court finds that the above-stated "STIPULATED PROTECTIVE ORDER" is sanctioned by the Court, pursuant to Federal Rule of Civil Procedure 35 and shall be and now is the order of the Court.

All parties in this action shall abide by the terms of this "Order Re: STIPULATED PROTECTIVE ORDER."

-1-

**IT IS SO ORDERED.**

DATED: _____November 5, 2019_____


_____/s/ Autumn D. Spaeth_____
Hon. Autumn D. Spaeth
United States Magistrate Judge