# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nancy Assi,<br><br>      Plaintiff,<br><br>  v.<br><br>Costco Wholesale Corporation, et al,<br><br>      Defendant(s). | SACV 19-01429JVS(ADSx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

The Court having been advised by the mediator that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED: March 26, 2020

                                                                                             James V. Selna<br>
                                                                           United States District Judge