UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| NANCY ASSI, | Case No: 8:19-CV-01429 JVS (ADSX) |
|---|---|
| Plaintiff, | Assigned to Hon. James V. Selna, Courtroom 10c, and Magistrate Autumn D. Spaeth, Courtroom 6B |
| vs. | (Complaint filed on June 20, 2019) |
| COSTCO WHOLESALE CORPORATION and DOES 1 to 100, INCLUSIVE, | **ORDER RE DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** |
| Defendants. | |

Having considered the Parties' Joint Stipulation for Dismissal of the Entire Action with Prejudice, and finding that good cause exists, the Court hereby ORDERS that Plaintiff's case 8:19-CV-01429 JVS (ADSX) is hereby **DISMISSED** with prejudice in its entirety.

**IT IS SO ORDERED.**

DATED: May 5, 2020

_____
Judge James V. Selna

McCune & Harber, LLP
515 South Figueroa St
Los Angeles, CA 90071
(213) 689-2500
Fax (213) 689-2501